

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2014

No. 04-14-00521-CV

**MEDINA INTERESTS, LTD**,
Appellant

v.

William Paul **TRIAL**, et al.,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00098-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on September 19, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 20, 2014. On October 13, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until November 19, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by November 19, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court